**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

REBECCA ROBERTSON,

    Plaintiff,

vs.                                          CASE NO. 6:06-CV-446-ORL-19JGG

ATLANTIC FRANCHISE GROUP, INC.,
d/b/a Johnny Rockets,

    Defendant.

---

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 28, filed November 17, 2006). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 28) is **ADOPTED and AFFIRMED.** This case is hereby **DISMISSED** for failure to comply with the Case Management and Scheduling Order (Doc. No. 22, filed October 12, 2006), the Court's Order to Show Cause (Doc. No. 25, filed October 27, 2006), and for failure to prosecute pursuant to Local Rule 3.10.

**DONE AND ORDERED** at Orlando, Florida, this   29th   day of December, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record